IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00070-REB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1. JERRY BERTON BROOME,

        Defendant.

---

## ORDER TO ISSUE WRIT OF HABEAS CORPUS AD PROSEQUENDUM

---

**Michael E. Hegarty, United States Magistrate Judge.**

The Court has reviewed the Government's Petition for a Writ of Habeas Corpus Ad Prosequendum pertaining to the above-named Defendant for an initial appearance before the United States District Court for the District of Colorado forthwith. The Court is familiar with the file in this case.

Being now informed in the premises, the Court hereby orders the Clerk of the United States District Court to issue such a Writ directing the United States Marshal, and any other officer in whose custody the Defendant may be held, to produce JERRY BERTON BROOME before a United States Magistrate Judge, sitting at Denver, Colorado, forthwith, and from day-to-day thereafter, for proceedings and appearances upon the charges in the Indictment, and to hold the said Defendant at all times in the United States Marshal's custody as an agent of the United States of America until final disposition of the Defendant's case; that immediately after the conclusion of the proceedings described herein, the United States Marshal and any other officer in whose custody the Defendant is held shall return the Defendant to the institution where he is now confined.

Dated at Denver, Colorado, this 24th day of February, 2009.

BY THE COURT:

s/ Michael E. Hegarty
Michael E. Hegarty
United States Magistrate Judge