**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No.   09-cr-00070-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.   JERRY BERTON BROOME,
     a/k/a Bert Broome,

      Defendant.

---

**MINUTE ORDER**[1]

---

     At the oral request of the parties, the change of plea hearing previously set for September 23, 2009, is **VACATED** and is **RESET** to **September 17, 2009**, at 3:30 p.m. The U.S. Marshal shall assist in securing the defendant's appearance for this hearing.

     Dated:  September 15, 2009

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.