# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Criminal Case No.  09-cr-00070-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  JERRY BERTON BROOME,
      a/k/a Bert Broome,

      Defendant.

## MINUTE ORDER[1]

On Friday, October 30, 2009, the court conducted a telephonic setting conference to reset the sentencing hearing in this matter.  After conferring with counsel, and with their consent,

**IT IS ORDERED** as follows:

1.  That the sentencing hearing in this matter is set for **January 29, 2010**, at 1:30 p.m.; and

2.  That the telephonic setting conference set for November 3, 2009, is **VACATED**;

Dated:  October 30, 2009

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.