# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Criminal Case No.   09-cr-00070-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  JERRY BERTON BROOME,
    a/k/a Bert Broome,

    Defendant.

## MINUTE ORDER[1]

The matter comes before the court on the request made by the U.S. Probation Office to continue the sentencing hearing currently set for January 29, 2010.

**IT IS ORDERED** as follows:

1.  That the request to continue the sentencing hearing set for January 29, 2010, is **GRANTED**;

2.  That the sentencing hearing set for January 29, 2010, is **VACATED** and **CONTINUED** pending further order of this court;

3.  That a telephonic setting conference to reset the sentencing hearing is set for Wednesday, **December 2, 2009**, at 10:30 a.m.; and

4.  That counsel for the government shall initiate the conference call necessary to facilitate the telephonic setting conference.

Dated:  November 23, 2009

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.