**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No.   09-cr-00070-REB

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1.  JERRY BERTON BROOME,
     a/k/a Bert Broome,

     Defendant.

---

**MINUTE ORDER**[1]

---

Counsel were present in chambers on December 10, 2009, to reset the Sentencing Hearing.  After conferring with counsel and by agreement of all,

**IT IS ORDERED** as follows:

1.  That a Sentencing Hearing is set for **March 12, 2010**, at **2:30 p.m.**, at which time counsel and the defendant shall appear without further notice or order of the court; and

2.  That to the extent necessary, the United States Marshal shall assist in securing the appearance of the defendant.

Dated:  December 10, 2009

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.